# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| WILLIAM DOUGLAS HAMPTON, #26034-44, Petitioner, | )<br>)<br>) |
| vs. | ) No. 3:18-CV-1499-S |
| WARDEN UNDERWOOD, Respondent. | )<br>)<br>)<br>) |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the Court is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court. For the reasons stated in the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, the motion (doc. 31) is **DENIED**.

SIGNED this 3rd day of April, 2019.

_____
**UNITED STATES DISTRICT JUDGE**